# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANITA KOHN, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 19-40004 |
| ETHICON, INC., et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _12th_ of February, 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 28), Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 32), and Oral Arguments made before the Court on November 14, 2019, **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**.[1] Defendants' Motion for Summary Judgment is **GRANTED** with respect to Counts 2–18 of Plaintiffs' original Complaint. Defendants' Motion for Summary Judgment is **DENIED** with respect to Count 1 of Plaintiffs' original Complaint.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated February 12, 2020.